UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 12810 STRATFORD TRUST, LINDSAY LIMITED PARTNERSHIP, a Nevada Partnership, and VIKKI SHORE,<br><br>Plaintiffs<br>v.<br><br>UNIGUARD INDEMNITY COMPANY, et al,<br><br>Defendants. | Case No. 2:17-cv-06643-JAK (GJSx)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed all pleadings and other documents filed in this action, Defendants' motion for sanctions (Dkt. 139-140, "Sanctions Motion"), Defendants' Supplement to the Sanctions Motion (Dkt. 166), and Plaintiffs' Opposition to the Sanctions Motion (Dkt. 170), the initial Report and Recommendation of United States Magistrate Judge (Dkt. 184, "Initial Report"), Plaintiffs' Objections to the Initial Report (Dkt. 187), and Defendants' Response, and the Magistrate Judge's Final Report and Recommendation (Dkt. 202, "Final Report"). Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the Court has conducted a de novo review of the matters to which objections have been stated.

In addition, the Court has considered anew Plaintiffs' ex parte application filed on March 27, 2019, seeking oral argument and/or an evidentiary hearing in connection with her Objections to the Initial Report (Dkt. 197), as well as Defendants' opposition to the ex parte application (Dkt. 198). Based on a review of

the objections, the responses to them, and the content of the Final Report, which addresses several of the objections expressly, the Court concludes that neither oral argument nor an evidentiary hearing is necessary or warranted. L.R. 7-15. Therefore, the ex parte application is **DENIED**.

Based on the foregoing reviews, the findings and recommendations set forth in the Final Report are accepted. Accordingly:

(1) The Sanctions Motion is **GRANTED**;

(2) Defendants are awarded $2,640.00 in attorneys' fees incurred in connection with the Sanctions Motion; provided, however, that each party shall bear its own costs;

(3) Plaintiffs' claims are dismissed with prejudice; and

(4) Judgment shall be entered dismissing this action with prejudice.

IT IS SO ORDERED.

DATE: April 10, 2019

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE