UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 12180 STRATFORD TRUST, LINDSAY LIMITED PARTNERSHIP, a Nevada Partnership, and VIKKI SHORE,<br><br>Plaintiffs<br><br>v.<br><br>UNIGUARD INDEMNITY COMPANY, et al.,<br><br>Defendants. | Case No. 2:17-cv-06643-JAK (GJSx)<br><br>**JUDGMENT**<br><br>**JS-6** |

IT IS ADJUDGED THAT:

1. This action is **DISMISSED WITH PREJUDICE**, and Plaintiffs shall receive nothing for their claims; and
2. Defendants shall recover $2,640.00 in attorneys' fees from Plaintiffs, for which they are jointly and severally liable.
3. Each party shall bear its own costs.

IT IS SO ORDERED.

DATE: April 11, 2019

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE